**Felix ORIAKHI, Petitioner—Appellant,**

v.

**UNITED STATES of America,
Respondent—Appellee.**

No. 08–8390.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 24, 2009.

Felix Oriakhi, Appellant Pro Se.

Before WILKINSON, NIEMEYER,
and SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Felix Oriakhi seeks to appeal the district
court's order construing his "Petition for
Writ of Audita Querela" as a motion pursuant
to 28 U.S.C. § 2255 (2000), and denying
it for failure to first obtain authorization
from this court to file a successive
§ 2255 motion. *See* 28 U.S.C.
§§ 2244(b)(2), 2255 (2006). He also seeks
to appeal the district court's order denying
his Fed.R.Civ.P. 59(e) motion. The orders
are not appealable unless a circuit justice
or judge issues a certificate of appealability.
28 U.S.C. § 2253(c)(1) (2000). A certificate
of appealability will not issue absent
"a substantial showing of the denial of
a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that reasonable
jurists would find that any assessment
of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the record
and conclude that Oriakhi has not
made the requisite showing. Accordingly,
we deny a certificate of appealability, deny
Oriakhi's motion to consolidate, and dismiss
the appeal. We dispense with oral
argument because the facts and legal contentions
are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*